IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFERY T. STRAUSS, derivatively on behalf of AFFILIATED COMPUTER SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFERY A. RICH, MARK A. KING, and AFFILIATED COMPUTER SERVICES, INC., <br><br> Defendants, | Civil Action No. 06-318-SLR |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between the undersigned counsel, subject to the approval of the Court, that the time within which Defendants Jeffery A. Rich and Mark A. King and Nominal Defendant Affiliated Computer Services, Inc. must move, answer or otherwise respond to the Complaint is extended through and including August 17, 2006.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

RLF1-3035402-2

<table>
<tr><td>

Theodore J. Tacconelli (#2678)
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
ttacconelli@ferryjoseph.com
Attorney for plaintiff.

</td><td>

Allen M. Terrell, Jr. (#709)
Harry Tashjian, IV (#4609)
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Terrell@rlf.com
Tashjian@rlf.com
Attorneys for defendants Jeffery A. Rich and Mark A. King.

</td></tr>
</table>

Edward P. Welch (#671)
Edward B. Micheletti (#3794)
Nicole A. DiSalvo (#4662)
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 651-3000
ewelch@skadden.com
emich@skadden.com
ndisalvo@skadden.com
Attorneys for defendant Affiliated Computer Services, Inc.

Dated: July 13, 2006

      IT IS SO ORDERED on this _____ day of July, 2006.

                                              _____

                                              Judge

/s/ *signature*

Theodore J. Tacconelli (#2678)
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899
 (302) 575-1555
ttacconelli@ferryjoseph.com
Attorney for plaintiff.

Allen M. Terrell, Jr. (#709)
Harry Tashjian, IV (#4609)
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
Terrell@rlf.com
Tashjian@rlf.com
Attorneys for defendants Jeffery A. Rich and Mark A. King.

Edward P. Welch (#671)
Edward B. Micheletti (#3794)
Nicole A. DiSalvo (#4662)
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899
(302) 651-3000
ewelsh@skadden.com
emich@skadden.com
ndisalvo@skadden.com
Attorneys for defendant Affiliated Computer Services, Inc.

Dated: July 11, 2006

IT IS SO ORDERED on this _____ day of July, 2006.

_____
Judge

RLF1-3035402-2