IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY T. STRAUSS, derivatively on behalf of AFFILIATED COMPUTER SERVICES, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-318-SLR |
| JEFFREY A. RICH, MARK A. KING, and AFFILIATED COMPUTER SERVICES, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

### DEFENDANTS JEFFREY A. RICH AND MARK A. KING'S
### MOTION TO DISMISS

Defendants Jeffrey A. Rich and Mark A. King, by and through their undersigned counsel, move this Court to dismiss the Complaint in its entirety with prejudice. The grounds for this motion are fully set forth in Defendants Jeffrey A. Rich and Mark A. King's Opening Brief in Support of Their Motion to Dismiss filed contemporaneously herewith.

/s/ Lisa Zwally Brown
_____
Allen M. Terrell (No. 709)
*Terrell@rlf.com*
Gregory P. Williams (No. 2168)
*Williams@rlf.com*
Lisa Zwally Brown (No. 4328)
*LBrown@rlf.com*
Harry Tashjian, IV (No. 4609)
*Tashjian@rlf.com*
Richards, Layton and Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899-0551
(302) 651-7700
*Attorneys for Defendants Jeffrey A. Rich and Mark A. King*

Dated: August 17, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2006, I caused the foregoing to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing and by hand delivery to the following:

> Theodore J. Tacconelli, Esquire
> Ferry, Joseph & Pearce, P.A.
> 824 Market Street, Suite 904
> P.O. Box 1351
> Wilmington, DE 19899
> (302) 575-1555
> ttacconelli@ferryjoseph.com

_____
Lisa Zwally Brown (#4328)