IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY T. STRAUSS, derivatively on behalf of AFFILIATED COMPUTER SERVICES, INC., <br><br>  Plaintiff, <br><br> v. <br><br> JEFFREY A. RICH, MARK A. KING, and AFFILIATED COMPUTER SERVICES, INC., <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 06-318-SLR |

## ORDER

The Court having considered Defendants Jeffrey A. Rich and Mark A. King's Motion to Dismiss the Complaint in its entirety, and good cause having been shown for the relief sought in the Motion,

IT IS HEREBY ORDERED this day __ of _____, 2006 that Defendants Jeffrey A. Rich and Mark A. King's Motion to Dismiss is GRANTED and that the Complaint is dismissed in its entirety with prejudice.

_____
Hon. Sue L. Robinson
United States District Judge

RLF1-3049191-1