IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY T. STRAUSS, derivatively on behalf of AFFILIATED COMPUTER SERVICES, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>JEFFREY A. RICH, MARK A. KING, and AFFILIATED COMPUTER SERVICES, INC.,<br><br>  Defendants. | Civil Action No. 06-318 (SLR) |

## MOTION TO DISMISS

Nominal Defendant Affiliated Computer Services, Inc. hereby moves for dismissal of the Complaint. The reasons for this motion are set forth in the accompanying memorandum.

Respectfully submitted,

/s/ Edward B. Micheletti
Edward P. Welch (I.D. No. 671)
Edward B. Micheletti (I.D. No. 3794)
Nicole A. DiSalvo (I.D. No. 4662)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P. O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
Attorneys for Affiliated Computer Services, Inc.

DATED: August 17, 2006

466362.01-Wilmington Server 1A - MSW

## CERTIFICATE OF SERVICE

I, Edward B. Micheletti, hereby certify that on August 17, 2006 a copy of the Motion to Dismiss, Affiliated Computer Services, Inc.'s Memorandum in Support of its Motion to Dismiss and Proposed Order was served electronically by CM/ECF upon the following counsel of record:

Allen M. Terrell, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

Norman M. Monhait, Esquire
ROSENTHAL, MONHAIT, GROSS
 & GODDESS, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, Delaware 19801

Theodore J. Tacconelli, Esquire
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street
P.O. Box 1351
Wilmington, DE 19899

/s/ Edward B. Micheletti
Edward P. Welch (I.D. No. 671)
Edward B. Micheletti (I.D. No. 3794)
Nicole A. DiSalvo (I.D. No. 4662)
Skadden, Arps, Slate, Meagher
 & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000