IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY T. STRAUSS, derivatively on behalf of AFFILIATED COMPUTER SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY A. RICH, MARK A. KING, and AFFILIATED COMPUTER SERVICES, INC., <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : Civil Action No. 06-318 (SLR) <br> : <br> : <br> : <br> : <br> : |

ORDER

Upon consideration of the Motion to Dismiss the Complaint,

IT IS HEREBY ORDERED this ____ day of _____, 2006 that Nominal Defendant Affiliated Computer Services, Inc.'s Motion to Dismiss the Complaint is GRANTED.

_____
Sue L. Robinson
United States District Judge

466364.02-Wilmington Server 1A - MSW

## CERTIFICATE OF SERVICE

I, Edward B. Micheletti, hereby certify that on August 17, 2006 a copy of the Motion to Dismiss, Affiliated Computer Services, Inc.'s Memorandum in Support of its Motion to Dismiss and Proposed Order was served electronically by CM/ECF upon the following counsel of record:

Allen M. Terrell, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

Norman M. Monhait, Esquire
ROSENTHAL, MONHAIT, GROSS
 & GODDESS, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, Delaware 19801

Theodore J. Tacconelli, Esquire
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street
P.O. Box 1351
Wilmington, DE 19899

/s/ Edward B. Micheletti
Edward P. Welch (I.D. No. 671)
Edward B. Micheletti (I.D. No. 3794)
Nicole A. DiSalvo (I.D. No. 4662)
Skadden, Arps, Slate, Meagher
 & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000