UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY T. STRAUSS, derivatively on behalf of AFFILIATED COMPUTER SERVICES, INC., <br><br> Plaintiff, <br><br> JEFFREY A. RICH, MARK A. KING, and AFFILIATED COMPUTER SERVICES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 06-318-SLR |

**STIPULATION AND ORDER**
**REGARDING EXTENSION OF TIME**

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel, subject to the approval of the Court, that the time for Plaintiff to file his answering brief(s) in response to the Motion to Dismiss filed by Defendants Jeffrey A. Rich and Mark A. King and the Motion to Dismiss filed by Defendant Affiliated Computer Services, Inc., shall be extended through and including September 25, 2006.

IT IS FURTHER STIPULATED, by and between the parties, through their undersigned counsel, subject to the approval of the Court, that the time for Defendants to file their respective reply briefs shall be extended through and including October 25, 2006.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | FERRY, JOSEPH & PEARCE, P.A. |

*/s/ Edward B. Micheletti*

Edward P. Welch (#671)
Edward B. Micheletti (#3794)
Nicole A. DiSalvo (#4662)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 651-3000

Attorneys for Defendant Affiliated Computer Services, Inc.

*/s/ Theodore J. Tacconelli*

Theodore J. Tacconelli (#2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

Attorney for Plaintiff

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Harry Tashjian, IV*

Allen M. Terrell, Jr. (#709)
Harry Tashjian, IV (#4609)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Attorneys for Defendants Jeffrey A. Rich and Mark A. King


IT IS SO ORDERED on this _____ day of _____, 2006.

_____
The Honorable Sue L. Robinson
Chief Judge, United States District Court