UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY T. STRAUSS, derivatively on behalf of AFFILIATED COMPUTER SERVICES, INC., | ) ) ) ) |
| Plaintiff, | ) C. A. No. 06-318-SLR |
| | ) ) |
| JEFFREY A. RICH, MARK A. KING, and AFFILIATED COMPUTER SERVICES, INC., | ) ) ) |
| Defendants. | ) |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Paul D. Wexler, Esquire to represent the Plaintiff in this matter.

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
Wilmington, DE 19899
(302) 575-1555
Local Counsel for Plaintiff

Dated: January 19, 2007

ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

DATED: _____          _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standard Order for District Court Fund effective 1/1/07, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

DATED: January 11, 2007

Paul D. Wexler
OSTRAGER CHONG FLAHERTY
 & BROITMAN P.C.
250 Park Avenue, Suite 825
New York, NY 10177-0899
Telephone:    (212) 681-0600

## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, hereby certify that on January 19, 2007, a copy of the foregoing Motion and Order for Admission *Pro Hac Vice* of Paul D. Wexler, Esquire was served electronically by CM/ECF and by hand delivery upon the following counsel of record:

        Edward P. Welch, Esquire
        Edward B. Micheletti, Esquire
        Nicole A. DiSalvo, Esquire
        SKADDEN, ARPRS, SLATE, MEAGHER
        & FLOM LLP
        One Rodney Square
        Wilmington, DE 19801

        Allen M. Terrell, Esquire
        Harry Tashjian, IV, Esquire
        RICHARDS, LAYTON & FINGER
        One Rodney Square
        Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

                      /s/ Theodore J. Tacconelli
                      Theodore J. Tacconelli (No. 2678)