## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY T. STRAUSS, derivatively on behalf of AFFILIATED COMPUTER SERVICES, INC., <br><br> Plaintiff, <br><br> JEFFREY A. RICH, MARK A. KING, and AFFILIATED COMPUTER SERVICES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 06-318-SLR |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Glenn F. Ostrager, Esquire to represent the Plaintiff in this matter.

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
Wilmington, DE 19899
(302) 575-1555

Dated: January 19, 2007                Local Counsel for Plaintiff

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

DATED: _____        _____
                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standard Order for District Court Fund effective 1/1/07, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

DATED: January 16, 2007

/s/ Glenn Ostrager
Glenn F. Ostrager
OSTRAGER CHONG FLAHERTY
 & BROITMAN P.C.
250 Park Avenue, Suite 825
New York, NY 10177-0899
Telephone:   (212) 681-0600

## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, hereby certify that on January 19, 2007, a copy of the foregoing Motion and Order for Admission *Pro Hac Vice* of Glenn F. Ostrager, Esquire was served electronically by CM/ECF and by hand delivery upon the following counsel of record:

>Edward P. Welch, Esquire
>Edward B. Micheletti, Esquire
>Nicole A. DiSalvo, Esquire
>SKADDEN, ARPRS, SLATE, MEAGHER
>& FLOM LLP
>One Rodney Square
>Wilmington, DE 19801
>
>Allen M. Terrell, Esquire
>Harry Tashjian, IV, Esquire
>RICHARDS, LAYTON & FINGER
>One Rodney Square
>Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

>/s/ Theodore J. Tacconelli
>Theodore J. Tacconelli (No. 2678)