IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY T. STRAUSS, derivatively on behalf of AFFILIATED COMPUTER SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY A. RICH, MARK A. KING, and AFFILIATED COMPUTER SERVICES, INC., <br><br> Defendants, | Civil Action No. 06-318-SLR |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Karen Patton Seymour to represent Mark A. King in this matter.

_____
Allen M. Terrell, Jr. (#709)
Harry Tashjian, IV (#4609)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
Terrell@rlf.com
Tashjian@rlf.com
*Attorneys for Individual Defendants Jeffrey A. Rich and Mark A. King*

Date: March 5, 2007

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
                            United States District Judge

RLF1-3121786-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

Karen Patton Seymour
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 558-3588

Date:   March 5, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2007, I caused to be served a copy of the foregoing Motion And Order For Admission *Pro Hac Vice* on the following counsel of record in the manner indicated:

### BY E-FILING:

Theodore J. Tacconelli
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 10989
*Counsel for Plaintiff*

Edward P. Welch, Esq.
Edward B. Micheletti, Esq.
Nicole A. DiSalvo, Esq.
SKADDEN, ARPS, SLATE, MEAGER & FLOM LLP
One Rodney Square
Wilmington, Delaware 19899
*Counsel for Nominal Defendant Affiliated Computer Services, Inc.*

Harry Tashjian, IV (#4609)