IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY T. STRAUSS, derivatively on behalf of AFFILIATED COMPUTER SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY A. RICH, MARK A. KING, and AFFILIATED COMPUTER SERVICES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Civ. No. 06-318-SLR ) ) ) ) ) ) |

**O R D E R**

At Wilmington this 5th day of March, 2007, having conferred with the parties regarding the pending motions to dismiss and the proposed initial exchange of documents;

IT IS ORDERED that:

1. Within the next 30 days, the parties shall exchange the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2. If the parties are unable to agree on the disclosure of any documents, e.g., the final report prepared for the Special Committee of the Board of Directors of Affiliated Computer Services, Inc., the parties shall address the matter at the status conference scheduled below.

2. The court shall conduct an in-person status conference on Tuesday, April 10, 2007 at 3:30 p.m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.

3. The motions to dismiss filed by defendants (D.I. 7, 10) are denied without prejudice to renew after conferring with the court.

                                                                  */s/ Sue L. Robinson*
                                                           United States District Judge