IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY T. STRAUSS, derivatively on behalf of AFFILIATED COMPUTER SERVICES, INC., | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | C.A. 06-318-SLR |
| JEFFREY A. RICH, MARK A. KING, and AFFILIATED COMPUTER SERVICES, INC., | § § § § § | |
| Defendants. | § § | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 5, 2007 counsel for Defendant Jeffery A Rich served copies of Defendant Jeffrey A. Rich's Early Disclosures upon the following counsel of record via FEDERAL EXPRESS:

Theodore J. Tacconelli
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899
*Attorneys for Plaintiff*

Edward B. Micheletti
Nicole A. DiSalvo
Skadden, Arps, Slate, Meagher &
  Flom LLP
One Rodney Square
Wilmington, DE 19801
*Attorneys for Affiliated Computer Services, Inc.*

Karen Patton Seymour
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
*Attorney for Mark A. King*

RLF1-3122813-1

                     /s/
_____
Allen M. Terrell, Jr. (#709)
Harry Tashjian, IV (#4609)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551
Terrell@rlf.com
Tashjian@rlf.com

William B. Dawson (#05606300)
Karen L. Hirschman (#09721500)
VINSON & ELKINS L.L.P.
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX  75201-2975
BDawson@velaw.com
KHirschman@velaw.com

*ATTORNEYS FOR DEFENDANT JEFFREY A. RICH*

March 5, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2007, I caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Theodore J. Tacconelli
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899
*Attorneys for Plaintiff*

Edward B. Micheletti
Nicole A. DiSalvo
Skadden, Arps, Slate, Meagher &
   Flom LLP
One Rodney Square
Wilmington, DE 19801
*Attorneys for Affiliated Computer Services, Inc.*

Allen M. Terrell, Jr. (#709)
Harry Tashjian, IV (#4609)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
Terrell@rlf.com
Tashjian@rlf.com

William B. Dawson (#05606300)
Karen L. Hirschman (#09721500)
VINSON & ELKINS L.L.P.
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
BDawson@velaw.com
KHirschman@velaw.com

*ATTORNEYS FOR DEFENDANT JEFFREY A. RICH*

March 5, 2007

RLF1-3122813-1