IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY T. STRAUSS, derivatively on behalf of AFFILIATED COMPUTER SERVICES, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>JEFFREY A. RICH, MARK A. KING, and AFFILIATED COMPUTER SERVICES, INC.,<br><br>   Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 06-318 (SLR)<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on March 5, 2007 counsel for Affiliated Computer Services, Inc. served copies of Nominal Defendant Affiliated Computer Services, Inc.'s Pre-Discovery Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) upon the following counsel of record via hand-delivery:

| | |
|---|---|
| Harry Tashjian, IV, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 King Street<br>Wilmington, Delaware 19801 | Theodore J. Tacconelli, Esq.<br>Ferry, Joseph & Pearce, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, Delaware 19899 |

Dated: March 6, 2007

            SKADDEN, ARPS, SLATE,
             MEAGHER & FLOM LLP

      By:  /s/ Nicole DiSalvo
          Edward P. Welch (I.D. No. 671)
          Edward B. Micheletti (I.D. No. 3794)
          Nicole DiSalvo (I.D. No. 4662)
          One Rodney Square, P.O. Box 636
          Wilmington, Delaware 19899
          (302) 651-3000
          Attorneys for Nominal Defendant
          Affiliated Computer Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2007, I caused the foregoing Notice of Service to be electronically filed with the Clerk of Court using CM/ECF which will send notification of each filing to the following counsel:

Harry Tashjian, IV, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, Delaware 19801

Theodore J. Tacconelli, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:   /s/ Nicole DiSalvo
Edward P. Welch (I.D. No. 671)
Edward B. Micheletti (I.D. No. 3794)
Nicole DiSalvo (I.D. No. 4662)
One Rodney Square, P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Attorneys for Nominal Defendant
Affiliated Computer Services, Inc.

March 6, 2007