IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY T. STRAUSS, derivatively on behalf of AFFILIATED COMPUTER SERVICES, INC., | §<br>§<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| vs. | §<br>§ | C.A. 06-318-SLR |
| JEFFREY A. RICH, MARK A. KING, and AFFILIATED COMPUTER SERVICES, INC., | §<br>§<br>§<br>§ | |
| Defendants. | §<br>§ | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 9, 2007 counsel for Defendant Mark A King served copies of Defendant Mark A. King's Initial Disclosures upon the following counsel of record via hand delivery:

Theodore J. Tacconelli
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899
*Attorneys for Plaintiff*

Edward B. Micheletti
Nicole A. DiSalvo
Skadden, Arps, Slate, Meagher &
 Flom LLP
One Rodney Square
Wilmington, DE 19801
*Attorneys for Affiliated Computer Services, Inc.*

Allen M. Terrell, Jr. (#709)
Harry Tashjian, IV (#4609)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
*Attorneys for Jeffrey A. Rich*

_____
Allen M. Terrell, Jr. (#709)
Harry Tashjian, IV (#4609)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551
Terrell@rlf.com
Tashjian@rlf.com

William B. Dawson (#05606300)
Karen L. Hirschman (#09721500)
VINSON & ELKINS L.L.P.
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX  75201-2975
BDawson@velaw.com
KHirschman@velaw.com

*ATTORNEYS FOR DEFENDANT MARK A. KING*

March 9, 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2007, I caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Theodore J. Tacconelli
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE  19899
*Attorneys for Plaintiff*

Allen M. Terrell, Jr.
Harry Tashjian, IV
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551

Edward B. Micheletti
Nicole A. DiSalvo
Skadden, Arps, Slate, Meagher &
  Flom LLP
One Rodney Square
Wilmington, DE  19801
*Attorneys for Affiliated Computer
Services, Inc.*

Allen M. Terrell, Jr. (#709)
Harry Tashjian, IV (#4609)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551
Terrell@rlf.com
Tashjian@rlf.com

William B. Dawson (#05606300)
Karen L. Hirschman (#09721500)
VINSON & ELKINS L.L.P.
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX  75201-2975
BDawson@velaw.com
KHirschman@velaw.com

*ATTORNEYS FOR DEFENDANT MARK A. KING*

March 9, 2007