# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY T. STRAUSS, derivatively on behalf of AFFILIATED COMPUTER SERVICES, INC., | : : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 06-318 (SLR) : |
| JEFFREY A. RICH, MARK A. KING, and AFFILIATED COMPUTER SERVICES, INC., | : : : : |
| Defendants. | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between the undersigned counsel, subject to the approval of the Court, that the time within which Defendants Jeffrey A. Rich ("Rich") and Mark A. King ("King") and Nominal Defendant Affiliated Computer Services, Inc. ("ACS") must answer or otherwise respond to the Complaint is extended through and including May 7, 2007.

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

      /s/ Theodore J. Tacconelli
Theodore J. Tacconelli (I.D. No. 2678)
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899
(302) 575-1555

Attorneys for Plaintiff


      /s/ Edward B. Micheletti
Edward P. Welch (I.D. No. 671)
Edward B. Micheletti (I.D. No. 3794)
Nicole A. DiSalvo (I.D. No. 4662)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3170

Attorneys for Nominal Defendant Affiliated
Computer Services, Inc.

| | |
|---|---|
| |    /s/ Harry Tashjian, IV |
| | Allen M. Terrell (I.D. No. 709) |
| | Gregory P. Williams (I.D. No. 2168) |
| Of Counsel: | Lisa Z. Brown (I.D. No. 4328) |
| | Harry Tashjian, IV (I.D. No. 4609) |
| William B. Dawson | RICHARDS, LAYTON & FINGER, P.A. |
| Karen L. Hirschman | One Rodney Square, P. O. Box 551 |
| Matthew R. Stammel | Wilmington, Delaware 19899-0551 |
| Vinson & Elkins L.L.P. | (302) 651-7700 |
| Trammell Crow Center | |
| 2001 Ross Avenue, Suite 3700 | Attorneys for Defendants Jeffery A. Rich and |
| Dallas, Texas 75201-2975 | Mark A. King |
| Tel: (214) 220.7700 | |
| Fax: (214) 220.7716 | |

Aitan D. Goelman
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1996
Fax: (202) 822-8106

Attorneys for Jeffery A. Rich

Karen P. Seymour
Stephen Ehrenberg
Natalie N. Kuehler
Sylvia S. Shweder
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 558-3588

Attorneys from Mark A. King

Dated: April 9, 2007

                    IT IS SO ORDERED, this __ day of _____, 2007.

                    _____
                    Chief Judge Sue L. Robinson