IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY T. STRAUSS, derivatively on behalf of AFFILIATED COMPUTER SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY A. RICH, MARK A. KING, and AFFILIATED COMPUTER SERVICES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-318-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS JEFFREY A. RICH AND MARK A. KING'S
## MOTION TO TRANSFER OR, IN THE ALTERNATIVE, MOTION TO STAY

Defendants Jeffery A. Rich and Mark A. King (the "Defendants"), by and through their undersigned counsel, hereby move this Court to transfer the above-captioned action (the "Action") to the United States District Court for the Northern District of Texas or, in the alternative, to stay the Action pending the outcome of *In re Affiliated Computer Servs. Derivative Litig*, Master File No. 3:06-CV-1110-M (N.D. Tex.) for the reasons set forth in Defendants' opening brief filed contemporaneously herewith.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

OF COUNSEL:

William B. Dawson
Karen L. Hirschman
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Tel: (214) 220-7700
Fax: (214) 220-7716
*Counsel for Defendant Jeffrey A. Rich*

Karen Patton Seymour
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 558-3588
*Counsel for Defendant Mark A. King*

Dated: April 24, 2007

/s/ Allen M. Terrell

Allen M. Terrell (#709)
*Terrell@rlf.com*
Harry Tashjian, IV (#4609)
*Tashjian@rlf.com*
RICHARDS, LAYTON AND FINGER, P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899-0551
Tel: (302) 651-7700
Fax: (302) 651-7701
*Attorneys for Defendants Jeffrey A. Rich and Mark A. King*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2007, I caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Theodore J. Tacconelli<br>FERRY, JOSEPH & PEARCE, P.A.<br>824 Market Street, Suite 904<br>Wilmington, DE 19899 | Edward B. Micheletti<br>Nicole A. DiSalvo<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>  FLOM LLP<br>One Rodney Square<br>Wilmington, DE 19801 |

/s/ Harry Tashjian, IV
Harry Tashjian, IV (#4609)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
(302) 651-7500
Tashjian@rlf.com