IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY T. STRAUSS, derivatively on behalf of AFFILIATED COMPUTER SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY A. RICH, MARK A. KING, and AFFILIATED COMPUTER SERVICES, INC., <br><br> Defendants. | C.A. No. 06-318-SLR |

## ORDER

The Court, having considered Defendants Jeffrey A. Rich and Mark A. King's Motion To Transfer Or, In The Alternative, Motion To Stay (the "Motion") and good cause having been shown therefore,

IT IS HEREBY ORDERED this _____ day of _____, 2007 that the Motion GRANTED.

_____
Chief Judge

RLF1-3142935-1