## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY T. STRAUSS, derivatively on behalf of AFFILIATED COMPUTER SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY A. RICH, MARK A. KING, and AFFILIATED COMPUTER SERVICES, INC., <br><br> Defendants. | C. A. No. 06-318-SLR |

### STIPULATION AND ORDER
### FOR EXTENSION OF TIME REGARDING
### MOTION TO TRANSFER VENUE OR, IN THE ALTERNATIVE,
### MOTION TO STAY

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel, subject to the approval of the Court, that the time for Plaintiff to file his answering brief in response to the Motion to Transfer Venue, or in the Alternative, Motion to Stay filed by Defendants Jeffrey A. Rich and Mark A. King, shall be extended through and including May 18, 2007.

IT IS FURTHER STIPULATED, by and between the parties, through their undersigned counsel, subject to the approval of the Court, that the time for Defendants Jeffrey A. Rich and Mark A. King to file their reply brief shall be extended through and including May 30, 2007.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

RICHARDS, LAYTON & FINGER, P.A.

_____
Allen M. Terrell, Jr. (No.709)
Harry Tashjian, IV (No. 4609)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Attorneys for Defendants Jeffrey A. Rich
and Mark A. King

FERRY, JOSEPH & PEARCE, P.A.

_____
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

Attorney for Plaintiff

IT IS SO ORDERED on this _____ day of _____, 2007.

_____
The Honorable Sue L. Robinson
Chief Judge, United States District Court