IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY T. STRAUSS, derivatively on behalf of AFFILIATED COMPUTER SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY A. RICH, MARK A. KING, and AFFILIATED COMPUTER SERVICES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 06-318-SLR |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between the undersigned counsel, subject to the approval of the Court, that the time within which Defendants Jeffrey A. Rich and Mark A. King and Nominal Defendant Affiliated Computer Services, Inc. must move, answer or otherwise respond to the complaint in the above-captioned action is extended through and including the thirtieth (30th) day after the final disposition of Defendants Jeffrey A. Rich and Mark A. King's Motion to Transfer or, in the Alternative, Motion to Stay.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

RLF1-3146151-1

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (#2678)
ttacconelli@ferryjoseph.com
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899
(302) 575-1555
*Attorney for Plaintiff*

/s/ Edward P. Welch
Edward P. Welch (#671)
ewelch@skadden.com
Edward B. Micheletti (#3794)
emich@skadden.com
Nicole A. DiSalvo (#4662)
ndisalvo@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3170
*Attorneys for Nominal Defendant Affiliated Computer Services, Inc.*

/s/ Harry Tashjian, IV
Allen M. Terrell (#709)
terrell@rlf.com
Harry Tashjian, IV (#4609)
tashjian@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899-0551
(302) 651-7700
*Attorneys for Defendants Jeffery A. Rich and Mark A. King*

Dated: May 2, 2007

IT IS SO ORDERED, this ___ day of _____, 2007.

_____
Chief Judge Sue L. Robinson