# FERRY, JOSEPH & PEARCE, P.A.
### ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P.O. BOX 1351
WILMINGTON, DELAWARE 19899

PHONE (302) 575-1555
FAX (302) 575-1714

SUSSEX COUNTY OFFICE
215 E. MARKET STREET
GEORGETOWN, DE 19947

PHONE (302) 856-3706
FAX (302) 856-3708

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS **
STEVEN G. WEILER +
THOMAS R. RIGGS

( * ALSO PA BAR)
( + ALSO NJ BAR)
( ** ALSO FL, MA AND NY BARS)

www.ferryjoseph.com

THOMAS HERLIHY, III
OF COUNSEL

ARTHUR F. DISABATINO
(1962-2001)

May 16, 2007

**BY HAND DELIVERY**

The Honorable Sue L. Robinson
Chief Judge
United States District Court
844 N. King Street
Wilmington, DE 19801

RE: **Jeffrey T. Strauss, et al. v. Affiliated Computer Services, Inc., et al.
C. A. No. 06-318-SLR**

Dear Judge Robinson:

This letter is to advise the Court and the parties that the Plaintiff does not oppose the Motion to Transfer Venue (Docket No. 32) filed by the Individual Defendants. If Your Honor has any questions regarding this matter, counsel will be available at the convenience of the Court.

Respectfully,

THEODORE J. TACCONELLI

TJT/meh
cc: Edward P. Welch, Esquire
Edward B. Micheletti, Esquire
Nicole A. DiSalvo, Esquire
Allen M. Terrell, Esquire
Harry Tashjian, IV, Esquire
Glenn F. Ostrager, Esquire
Paul D. Wexler, Esquire