# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

HARRY TASHJIAN, IV

DIRECT DIAL NUMBER
302-651-7544
TASHJIAN@RLF.COM

May 30, 2007

**VIA ELECTRONIC FILING AND HAND DELIVERY**

Chief Judge Sue L. Robinson
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

Re:  *Strauss, et al. v. Rich, et al.,*
C.A. No. 06-318-SLR

Your Honor:

On April 24, 2007, Defendants Mark A. King and Jeffery A. Rich (the "Defendants") filed a motion (the "Motion") and corresponding brief to transfer or stay the above-referenced action. (Docket I.D. 32 and 34). Plaintiff responded on May 16, 2007 with a letter informing the Court that Plaintiff did not oppose the motion to transfer. (Docket I.D. 38) In light of this, the Defendants respectfully request that the Court enter an order in the form attached to the Motion transferring this action to the United States District Court for the Northern District of Texas.

Your Honor's early attention to this unopposed motion is greatly appreciated.

Respectfully,

Harry Tashjian, IV (#4609)
*tashjian@rlf.com*

HT/smc
cc:  Theodore J. Tacconelli, Esq. (via electronic filing)
     Edward P. Welch, Esq. (via electronic filing)

RLF1-3158161-1