IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY T. STRAUSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-318-SLR |
| | ) |
| JEFFREY A. RICH, MARK A. KING, | ) |
| and AFFILIATED COMPUTER | ) |
| SERVICES INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 4th day of June, 2007, having considered defendants Jeffrey A. Rich and Mark A. King's unopposed motion to transfer, as well as related filings and conferences in this matter (D.I. 31 - 39);

IT IS ORDERED that the motion to transfer is granted. (D.I. 32)

IT IS FURTHER ORDERED that the Clerk of Court is directed to transfer this action to the United States District Court for the Northern District of Texas.

_____
United States District Judge