## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE



LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

June 12, 2007

VIA UPS DELIVERY
Northern District of Texas
1452 Earle Cabell Federal Building and
 United States Courthouse
Clerk Karen Mitchell
1100 Commerce Street
Dallas, TX  75242-1310

Re:   Jeffrey T. Strauss v. Jeffrey A. Rich, et al.;
       Delaware Civil No. 1:06-318-SLR

Dear Ms. Karen Mitchell:

In accordance with the Order issued on June 4, 2007 by Chief Judge Sue L. Robinson, U.S.D.C. for the District of Delaware, in the above referenced civil case, I am transferring said civil action to the U.S.D.C. for the Northern District of Texas.

Enclosed please find certified copies of the docket sheet and the June 4, 2007 court order associated with this transfer.  Please note that this court began electronic filing as of March 1, 2005 thus all docket items filed in this case are available electronically on CM/ECF.

Please acknowledge receipt of the above by signing and dating the enclosed copy of this letter. Please return the same to the Delaware District Court in the enclosed, self-addressed, envelope.

Sincerely,

Peter T. Dalleo, Clerk

Page 2

By: *[signature]*
Deputy Clerk

Enclosures

cc:  The Honorable Sue L. Robinson
     All counsel of record were noticed electronically